IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CAMPAIGN FOR SOUTHERN                                    PLAINTIFFS
EQUALITY; REBECCA BICKETT;
ANDREA SANDERS; JOCELYN
PRITCHETT; and CARLA WEBB

V.                                         CAUSE NO. 3:14-CV-818-CWR-LRA

PHIL BRYANT, *in his official capacity as*                   DEFENDANTS
*Governor of the State of Mississippi*; JIM
HOOD, *in his official capacity as Mississippi*
*Attorney General; and* BARBARA DUNN, *in*
*her official capacity as Hinds County Circuit*
*Clerk*

## FINAL JUDGMENT

Pursuant to the Supreme Court's ruling in *Obergefell v. Hodges*, No. 14-556, 2015 WL 2473451 (U.S. June 26, 2015), as well as the Permanent Injunction issued in this case, *see* Docket No. 34, this case is due to be closed. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Campaign for Southern Equality, Rebecca Bickett, Andrea Sanders, Jocelyn Pritchett, and Carla Webb, and against Phil Bryant, Jim Hood, and Barbara Dunn, all in their official capacities.

**SO ORDERED**, this the 1st day of July, 2015.

*/s/ Carlton W. Reeves*
UNITED STATES DISTRICT JUDGE