IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CAMPAIGN FOR SOUTHERN EQUALITY, et al.**                               **PLAINTIFFS**

**V.**                                     **CAUSE NO. 3:14-CV-818-CWR-LRA**

**PHIL BRYANT, et al.**                                                   **DEFENDANTS**

## ORDER

As there has been no activity in this matter for more than 12 months, the Clerk is directed to administratively close this case.

An Order administratively closing a case is a management device for the convenience of the Court. It does not affect the parties' substantive or procedural rights. *See Penn W. Assocs. Inc. v. Cohen*, 371 F.3d 118, 128 (3d Cir. 2004); *Lehman v. Revolution Portfolio, LLC*, 166 F.3d 389, 392 (1st Cir. 1999); *American Heritage Life Ins. Co. v. Orr*, 294 F.3d 702, 715 (5th Cir. 2002) (Dennis, J., concurring).

If necessary, any party may move to reopen this case without payment of an additional filing fee.

**SO ORDERED**, this the 3rd day of January, 2019.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE